46 F.3d 1117
 Little (Charles O., Joyce D., Lance M.)
v.
Commonwealth Bank and Trust Company, N.A., Federal Bureau of
Investigation, Glodek (Lewis), Shea (John), Nau (Ken),
Thornburgh (Richard), West (James), Judges of Court of
Common Pleas of Lycoming County, Raup (Thomas C.), Smith
(Clinton W.), Brown (Kenneth D.), John Does, Jane Does
 NO. 94-7323
 United States Court of Appeals,
Third Circuit.
 Dec 20, 1994
 
 Appeal From: M.D.Pa., No. 92-cv-00141,
 McClure, J.
 
 
 1
 AFFIRMED.